**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.

AHMED ABDELLATIF SHERIF MOHAMED

Case No. 8:07-cr-342-T-23MAP

[stamp: DENIED AS MOOT on 3/6, 2008 in Tampa, Florida — STEVEN D. MERRYDAY UNITED STATES DISTRICT JUDGE]

**NOTICE OF SCHEDULING CONFLICT AND MOTION FOR PROTECTION**
**FROM TRIAL**

COMES NOW the undersigned as counsel for Defendant Ahmed Mohamed, and files this Notice of Scheduling Conflict and Motion for Protection from Trial and in support would show:

1.   Undersigned counsel is currently scheduled to be in trial before this Court on April 28, 2008, per the Court's ruling of February 27, 2008, as reflected in the Minute Entry, Dkt. # 145. On that date, pending before this Court was a Motion to Continue the Trial Date filed by the undersigned, Dkt. #115. A trial date of "the end of April or to the May, 2008 trial calendar" was specifically requested.

2.   Today, in a motions hearing on Documents Nos. 71, 91, 95, the Court requested of counsel whether the defense could be prepared to try this matter, in whole or in part depending upon whether a severance was granted to the co-defendant, by March 24th or March 31st. Undersigned counsel confirmed the defense would not be ready for trial until the ordered April 28, 2008 date.

1