IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   No. 8:07-cr-342-T-23MAP

AHMED ABDELLATIF SHERIF MOHAMED

*[Stamp: DENIED AS MOOT on 3/6, 2008 in Tampa, Florida. /s/ STEVEN D. MERRYDAY, UNITED STATES DISTRICT JUDGE]*

## NOTICE OF SCHEDULING CONFLICT AND MOTION FOR PROTECTION FROM TRIAL

COMES NOW the undersigned as counsel for Defendant Ahmed Mohamed, and files this Notice of Scheduling Conflict and Motion for Protection from Trial and in support would show:

1. Undersigned counsel is currently scheduled to be in trial before this Court on April 28, 2008, per the Court's ruling of February 27, 2008, as reflected in the Minute Entry, Dkt. # 145. On that date, pending before this Court was a Motion to Continue the Trial Date filed by the undersigned, Dkt. #115. A trial date of "the end of April or to the May, 2008 trial calendar" was specifically requested.

2. Today, in a motions hearing on Documents Nos. 71, 91, 95, the Court requested of counsel whether the defense could be prepared to try this matter, in whole or in part depending upon whether a severance was granted to the co-defendant, by March 24th or March 31st. Undersigned counsel confirmed the defense would <u>not</u> be ready for trial until the ordered April 28, 2008 date.

1