UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:07-cr-342-T-23MAP

AHMED ABDELLATIF SHERIF MOHAMED
and
YOUSSEF SAMIR MEGAHED
_____/

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The defendants moved (Docs. 76, 102, and 106) to suppress evidence and the United States objected (Docs 80 and 109).  The matter was referred to Magistrate Judge Pizzo, who, after conducting a two-day evidentiary hearing, issued a report recommending denial of the motions (Doc. 152).  The defendants filed objections to the report and recommendation (Docs. 172 and 173).

Having independently considered the motions, the objections are **OVERRULED**, Magistrate Judge Pizzo's report and recommendation is **ADOPTED**, and the motions to suppress (Docs. 76, 102, and 106) are **DENIED**.

ORDERED in Tampa, Florida, on April 7, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE