UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO: 8:07-cr-342-T23-MAP

AHMED ABDELLATIF SHERIF MOHAMED,

    Defendant.
_____/

**ORDER**

Ahmed Abdellatif Sherif Mohamed moves (Doc. 166) for "reconsideration" of an order (Doc. 161) denying Mohamed's motion for the use of a questionnaire in selecting the jury. In the present circumstances, neither the nature, the degree, the intensity, nor the imminence of any external factor, including any pre-trial publicity or public commentary, renders a meaningful voir dire insufficient to ensure a fair and impartial jury for the trial of this action. Mu'Min v. Virginia, 500 U. S. 415 (1991); United States v. Campa, 459 F. 3d 1121 (11th Cir. 2006); United States v. Salameh, 152 F. 3d 88 (2d Cir. 1998); United States v. Montgomery, 772 F. 2d 733 (11th Cir. 1985). For a useful comparison, United States v. Rahman, 189 F. 3d 88 (2d Cir. 1999), cert. denied, 528 U. S. 1094 (2000), describes circumstances that more probably commend the utility and economy of employing a questionnaire to prospective jurors. The motion (Doc. 166) is **DENIED**.

ORDERED in Tampa, Florida, on April 9, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE